EASTERN DÍST.
April, 1839.

MAYOR ET AL.
vs.
LEVERICH ET AL.

---

## MAYOR ET AL. *vs.* LEVERICH ET AL.—*Two cases.*

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE
BUCHANAN PRESIDING.

Front proprietors of lots cannot prevent the sovereign authority of the state from alienating the vacant space in their front, designated as a public place, or *quai*, when the public *interest* requires it; their rights are subordinate.

These cases depend on the same facts, and are decided on the same principles, involved in the case of the *Mayor et al.* vs. *Hopkins et al.*, ante 326.

The defendants are appellants from two judgments, depriving them of their defence as front proprietors, and requiring them to pay certain notes.

*Canon*, for plaintiffs.

*Preston*, for the appellants.

*Eustis, J.*—In these cases, the defendants, W. E. & J. H. **EASTERN DIST.**
Leverich, are the purchasers, and Hopkins is the endorser of    *April,* 1839.
the notes; with this exception, the facts in these cases are    **MAYOR ET AL.**
the same as those in which an opinion has been given.           *vs.*
                                                               **HOPKINS ET AL.**

The judgments of the District Court, are, therefore,
affirmed, with costs in both courts.